AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

LEWIS JEFFREY COOK
DOB:
PDID:

**CRIMINAL COMPLAINT**

FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-306-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, Lewis Jeffrey Cook, threatened to murder, Christopher Mumola, an analyst employed by the United States Department of Justice, with the intent to interfere with Christopher Mumola, while he was engaged in the performance of his duties.

in violation of Title __18__ United States Code, Section(s) __115__.

I further state that I am __SA MARK BRASWELL, Special Agent with the DEPARTMENT OF HOMELAND SECURITY/FEDERAL PROTECTIVE SERVICE__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
MARK BRASWELL, Special Agent
DEPARTMENT OF HOMELAND SECURITY

AUSA, PATRICIA STEWART  (202) 514-7064
Sworn to before me and subscribed in my presence,

JUN 29 2006                    at       Washington, D.C.
Date                                    City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer