# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

ROBERT C. HEINEMANN
CLERK

**FILED**

AUG 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATE: 8/20/07

RE: U.S.A. V. Cook

Magistrate Docket Number: 07-921 m
District of Columbia    Case Number: 06-306m

Dear Sir/Madam :

Enclosed please find certified copies of our entire file in the above captioned Rule 5 Removal proceeding regarding defendant :

_____Lewis Jeffrey Cook_____

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this letter signed and dated.

Respectfully,

_____

Criminal Arraignment Clerk
(718) 613-2620

ACKNOWLEDGMENT _____

DISTRICT OF _____

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:07-mj-00921-RER All Defendants
# Internal Use Only

Case title: USA v. Cook

Date Filed: 08/17/2007
Date Terminated: 08/17/2007

Assigned to: Magistrate-Judge Ramon E. Reyes, Jr

**Defendant**

**Lewis Jeffrey Cook** (1)
*TERMINATED: 08/17/2007*

represented by **Andrew L. Carter, Jr.**
Federal Defenders of New York, Inc.
16 Court Street
Brooklyn, NY 11241
718-330-1253
Fax: 718-855-0760
Email: andrew_carter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                                          represented by **Carter H. Burwell**
United States Attorney's Office
1 Pierrepont Plaza
Brooklyn, NY 11201
718-254-6313
Fax: 718-254-6076
Email: carter.burwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2007 | 1 | RULE 40 AFFIDAVIT / Removal complaint to the District of Columbia - charging the deft Lewis Jeffrey Cook for threatening a federal offical - 18 USC 115. Signed by Judge Ramon Reyes, Jr. dtd 8/17/07. (Yuen, Sui-May) (Entered: 08/20/2007) |
| 08/17/2007 | 2 | Minute Entry for proceedings held before Ramon E. Reyes Jr.:Initial Appearance in Rule 5(c)(3) Proceedings as to Lewis Jeffrey Cook held on 8/17/2007 (Tape #LOG # (4:27-4:33).) AUSA Carter Burwell present. Deft present w/ federal defender of NY Andrew Carter. No bail package presented. Order of Commitment entered. Deft waived identity hearing. Deft to be removed to District of Columbia in the custody of the US Marshals. (Yuen, Sui-May) (Entered: 08/20/2007) |
| 08/17/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Lewis Jeffrey Cook. Defendant committed to District of District of Columbia.. Ordered by Judge Ramon E. Reyes Jr. on 8/17/07. (Yuen, Sui-May) (Entered: 08/20/2007) |
| 08/17/2007 | 4 | CJA 23 Financial Affidavit by Lewis Jeffrey Cook (Yuen, Sui-May) (Entered: 08/20/2007) |
| 08/17/2007 | 5 | WAIVER of Rule 5(c)(3) Hearing by Lewis Jeffrey Cook (Yuen, Sui-May) (Entered: 08/20/2007) |
| 08/17/2007 |  | (Court only) ***Terminated defendant Lewis Jeffrey Cook, ***Case Terminated as to Lewis Jeffrey Cook (Yuen, Sui-May) (Entered: 08/20/2007) |

CK:EAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LEWIS JEFFREY COOK,

        Defendant.

- - - - - - - - - - - - - - - - -X

M-07 921

REMOVAL TO THE
DISTRICT OF
OF COLUMBIA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

    ROBERT MOORE, JR., being duly sworn, deposes and states that he is a Special Agent with the Immigration and Customs Enforcement ("ICE") Federal Protective Service, duly appointed according to law and acting as such.

    Upon information and belief, on or about June 29, 2006, a warrant was issued by the United States District Court for the District of Columbia commanding the arrest of the defendant LEWIS JEFFREY COOK pursuant to a complaint for threatening a federal official, in violation of Title 18, United States Code, Section 115.

    The source of your deponent's information and the grounds for his belief are as follows:

    1. On or about June 29, 2006, the defendant LEWIS JEFFREY COOK was charged in a complaint in the District of Columbia with threatening a federal official, in violation of Title 18, United States Code, Section 115. Specifically, COOK is charged with making telephone calls to federal officials during which he threatened to murder the federal officials. A copy of

2

the complaint is attached hereto.

    2.   On or about June 29, 2006, a warrant for the arrest of the defendant LEWIS JEFFREY COOK was issued by a Magistrate Judge for the United States District Court for the District of Columbia.  A copy of the warrant is attached hereto.

    3.   On August 16, 2007, I was notified by another agent in the Federal Protective Service that the defendant LEWIS JEFFREY COOK would be arriving in the United States from Thailand on Thai Airlines flight number 790 at John F. Kennedy Airport in Queens, New York ("JFK"), on August 17, 2007 at approximately 7:10 a.m.  Upon his arrival at JFK on August 17, 2007, COOK was detained by officials of Customs and Border Protection and was turned over to myself and another agent in the Federal Protective Service.  At the time of his arrival in the United States, COOK was in possession of a United States passport bearing the name "Lewis Jeffrey Cook," and the birth date            the same information appearing on the warrant and criminal complaint.  The defendant also was identified based on photographs obtained from the agents in the District of Columbia.

    4.   At the time of his arrest, the defendant LEWIS JEFFREY COOK identified himself as Lewis Jeffrey Cook and acknowledged that he was aware he was wanted by law enforcement authorities.

    5.   It is the desire of the United States Attorney for

3

the District of Columbia that the defendant LEWIS JEFFREY COOK be removed in custody to that district for prosecution.

WHEREFORE, it is requested that the defendant LEWIS JEFFREY COOK be removed to the District of Columbia so that he may be dealt with according to law.

*Robert E. Moore, Jr.*
ROBERT MOORE, JR.
Special Agent
Federal Protective Service

Sworn to before me this
16th day of August 2007

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M-07 921**
2) Defendant's Name: __Cook_____ __Lewis_____ __Jeffrey__
   (Last)              (First)              (M.I.)
3) Age: _____
4) Title: _____18_____ Section(s): _____115_____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: __8/17/07__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___No   Other District: __District of Columbia__
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: __8/17/07__
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✓
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: ✓
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Carter Burwell__
14) DEFENSE COUNSEL'S NAME: __Andrew Carter__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ✓ RET: ___
    Telephone Number: (___) _____
15) LOG #: __(4:27 - 4:32)__   MAG. JUDGE: __Reyes__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: __No bail application presented.__
__Order of commitment entered.__

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE

2.

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

| UNITED STATES OF AMERICA<br>V.<br>Crus Jeffrey Pct | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-317M | 07-421M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of ___ U.S.C. § 115

**DISTRICT OF OFFENSE** District of Columbia

**DESCRIPTION OF CHARGES:**

Threatening a federal Officer

**CURRENT BOND STATUS:**
☐ Bail fixed at ___ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF NEW YORK**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/7/07
Date                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

Lewis Jeffrey Cook

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 07- 931 M

I, _____, understand that in the _____ District of _____, charges are pending alleging violation of _____ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  ) identity hearing

(  ) preliminary examination

(  ) identity hearing and have been informed I have no right to a preliminary examination

( ✓ ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

August 17, 2007
_____
Date

_____
Defense Counsel