AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEALED

UNITED STATES OF AMERICA
v.

LEWIS JEFFREY COOK

WARRANT FOR ARREST

CASE NUMBER: 06-306

FILED
SEP 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LEWIS JEFFREY COOK

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, Lewis Jeffrey Cook, threatened to murder, Christopher Muraola, an analyst employed by the United States Department of Justice, with the intent to interfere with Christopher Muraola, while he was engaged in the performance of his duties.

in violation of Title  18 . United States Code, Section(s) 115 .

JOHN M. FACCIOLA

Name of Issuing Officer                          Title of Issuing Officer

Signature of Issuing Officer                     Date and Location

Bail fixed at $_____   by _____
                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 9/11/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/11/07 | T. Daly DUSM | |