AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

**FILED**

OCT - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Lewis Cook

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-306 M

I, _____Lewis Cook_____, charged in a (complaint) (petition) pending in this District with _Threatening a United States employee_ in violation of Title __18__, U.S.C., __115__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x _Lewis J Cook_
Defendant

__10/1/07__
Date

_Cal___
Counsel for Defendant